

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 26, 1939

Hon. Will Crow
County Attorney
Canadian, Texas

Dear Mr. Crow:

Opinion No. O-156
Re: Costs of court in Criminal
Proceeding in County Court

Your request for an opinion of the following questions:

"Whether costs in County Court may be collected before appeal is perfected?

"Whether a paupers oath affects costs already accrued in County Court, as well as the costs of appeal?

"Whether County Clerk can make defendants pay costs of copying Bill of Exceptions and Transcripts before same are delivered to the defendants?"

has been received by this office.

Article 828, C. C. P., reads in part as follows:

"The effect of an appeal is to suspend and arrest all further proceeding in the case in the court in which the conviction was had until the judgment of the appellate court is received by the court from which the appeal was taken."

Article 1014, C. C. P., provides:

"When a criminal action or proceeding is taken by appeal from one court to another, or whenever the same is in any other way transferred from one court to another, it shall be accompanied by a complete bill of all costs that have accrued therein,

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

certified to and signed by the proper officer
of the court from which the same is forwarded."

Article 760, sec. 6, C. C. P., provides:

"6.  When defendant cannot pay. --When any
felony case is appealed and the defendant is
not able to pay for a transcript of the testi-
mony or give security therefor, he may make
affidavit of such fact, and upon the making of
such affidavit, the court shall order the offi-
cial court reporter to make a narrative state-
ment of facts and deliver it to such defendant.
In all cases where the court is required to and
does appoint an attorney to represent the defen-
dant in a criminal action, such reporter shall
be required to furnish the attorney for said de-
fendant, if convicted and where an appeal is
prosecuted, with a transcript of his notes.  For
each said service he shall be paid by the State
of Texas, upon the certificate of the trial judge,
one-half of the rate provided by law in civil
cases."

Article 785-797, C. C. P., inclusive, provides in
detail the manner of execution of judgment in misdemeanor
cases.

In view of the foregoing statutes, you are respect-
fully advised that it is the opinion of this Department that
the costs of county court cannot be collected until judgment
of the appellate court is received by the court from which
the appeal was taken and that the pauper's oath, as provided
by Article 760, sec. 6, C. C. P., has no application in mis-
demeanor cases, and you are further advised that the county
clerk can demand and compel defendants to pay costs of bill
of exceptions and transcripts before the same are delivered
to the defendants.

Trusting that the foregoing answers your inquiry,
I remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By   (Signed)
          Ardell Williams
          Assistant

AW:AW

APPROVED:

Gerald C. Mann  (Signed)
ATTORNEY GENERAL OF TEXAS